**Order entered October 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01061-CV

## IN RE K&L AUTO CRUSHERS, LLC AND THOMAS GOTHARD, JR., Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07502**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus. We **DENY AS MOOT** relators' September 27, 2019 motion for temporary relief.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE